THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. THOMAS
R. LAW, Appellant.

Submitted October 4, 1954; decided October 7, 1954.

*Thomas R. Law,* in person, for motion.

No one opposed.

Motion granted and Myron J. Greene, Esq., of 259 Broadway, New York City, assigned as counsel to defendant on the appeal herein, and case set down for argument during the November, 1954, session of the Court of Appeals.